UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-0034-DAD-BAM |
| Plaintiff, | **ORDER RE MOTION TO TRANSFER** |
| v. | (ECF No. 49) |
| CYRUS DENNIS BRASWELL, | |
| Defendant. | |

On July 5, 2018, Defendant Cyrus Dennis Braswell filed a Motion to Transfer to a different institution on the basis of a physical assault on him by correctional officers at the Fresno County Jail, where he is housed pending trial in this matter. (Doc. 49). Defendant's prior motion to transfer, based upon inadequate law library access, was denied on June 25, 2018.[1] In the current motion, Defendant seeks to be transferred because he was physically assaulted by three county correctional officers while in pre-trial detention. Defendant contends that 18 U.S.C. §4086 was violated. Section 4086 provides, "United States marshals shall provide for the safe-keeping of any person arrested, or held under authority of any enactment of Congress pending commitment to an institution." Although the U.S. Marshal's Service has a duty to provide for the safe-keeping of any person arrested, it also has the authority to

---

[1] As more fully stated on the record, the Court denied this motion because case authority requires only "reasonable access" to books and materials to prepare a defense. The Fresno County Jail has an inmate kiosk with access to federal publications on LexisNexis for the U.S. Supreme Court cases, U.S. Code, U.S. Constitution, Federal Court rules, federal cases, *Moore's Federal Criminal Practice*, Federal Shepards, and *Constitutional Rights of Prisoners*, among other resources.

1

contract with state or local jails to house federal prisoners. See 18 U.S.C. §§ 4002, 4013; 28 C.F.R. § 0.111(o).

Defendant is charged with a crime in this District and will face trial in this District. Following arraignment, he was ordered detained pending trial. (ECF No. 6.) Defendant is properly housed at the Fresno County Jail. If Defendant has an objection to his conditions of confinement, he may file the appropriate civil action, but this Court and his criminal case are not the proper venue or vehicle to address his perceived injustices.

Motion to Transfer is DENIED.

IT IS SO ORDERED.

Dated: **July 24, 2018**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE