UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CYRUS DENNIS BRASWELL,<br><br>  Defendant.<br>_____ / | Case No. 1:18-CR-0034-DAD-BAM<br><br>**ORDER RE *IN FORMA PAUPERIS* STATUS ON APPEAL, HOLDING IN ABEYANCE MOTIONS FOR MISC. RELIEF AND INVESTIGATOR, AND VACATING AUGUST 27, 2018 HEARING DATE**<br><br>(ECF No. 57, 61, 63)<br><br>USCA CASE NUMBER 18-10255<br>USCA CASE NUMBER 18-10288 |

Defendant Cyrus Dennis Braswell, proceeding pro se, is charged with three counts of mailing a threatening communication to J.K.S., a federal judge, in violation of 18 U.S.C § 876(c). Mr. Braswell is proceeding *pro se* in this criminal action pursuant to *Faretta v. California*, 422 U.S. 806 (1975). Currently pending before the Court is Defendant's request for permission to proceed in Forma Pauperis on appeal. (Doc. 63)

The Court finds that this appeal is not taken in bad faith and is not frivolous, but the Court expresses no opinion on the jurisdictional questions on appeal. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

Based upon the Notice of Appeals filed on July 5, 2018 and August 2, 2018, the Court will hold in ABEYANCE the Motion for Miscellaneous relief (Doc. 57) (related to the subject matter of the appeal) and Motion for appointment of investigator (Doc. 61) (the appointment, if any, will be impacted based upon location defendant is housed).

1

Accordingly, as the motions set for August 27, 2018 are related to the appeal, the Court VACATES the August 27, 2018 hearing date. The Court finds that time is excluded pursuant to 18 U.S.C. §3161(h)(1)(C) pending the interlocutory appeal.

IT IS SO ORDERED.

Dated: **August 9, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE