UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CYRUS DENNIS BRASWELL, <br> Defendant. | Case No. 1:18-CR-0034-DAD-BAM <br> **ORDER RE "NOTICE TO THE COURT;" CONFIRMING STATUS CONFERENCE AND REQUIRING RESPONSE BY THE GOVERNMENT** <br> (ECF No. 66, 71) |

Defendant Cyrus Dennis Braswell, proceeding pro se, is charged with three counts of mailing a threatening communication to J.K.S., a federal judge, in violation of 18 U.S.C § 876(c). A notice of appeal has been filed by defendant, along with several motions and "notices" in this Court. On August 6, 2018, Defendant filed a "Notice to this Court" (Doc. 66) requesting review of the original documents which are the subject of this case at the upcoming status hearing. Defendant also requested the "presence of FBI Agent Thomas Volk for question in reference to the original documents." In a "Motion for Clarification," Defendant asks again about the status hearing and whether Agent Volk will be present. (Doc. 71, filed August 27, 2018.)

This matter is set for a status conference on September 19, 2018 at 2:00 p.m. in Dept. 8. The request for review of the original documents at the September 19, 2018 hearing is GRANTED. This review was discussed at a prior status conference, and the Court granted Defendant's request. The Government may take reasonable precautions to ensure the preservation and safety of the documents during the inspection.

Defendant requests "presence of FBI Agent Thomas Volk for question in reference to the original documents" at the status hearing. It appears that Defendant is requesting that he be permitted to question Agent Volk. The government shall file a response by September 17, indicating whether Defendant is entitled pursuant to Fed.R.Crim.P. 16 or *Brady* and its progeny to such evidence and/or whether Government will agree to the request.

IT IS SO ORDERED.

Dated: **September 10, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE