# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00034-DAD-BAM |
|---|---|
| Plaintiff, | **ORDER RE MOTION FOR RECONSIDERATION OF DENIAL OF RECUSAL** |
| v. | |
| CYRUS DENNIS BRASWELL, | (ECF No. 77) |
| Defendant. | |

Defendant Cyrus Dennis Braswell, proceeding pro se, is charged with three counts of mailing a threatening communication to J.K.S., a federal judge, in violation of 18 U.S.C § 876(c). Defendant filed a motion for reconsideration of this Court's denial of his prior motion for recusal of the undersigned. (Doc. 68, 77.) Defendant argues that the prior motion should have been referred to a different judge, pursuant to 28 U.S.C. §144. Defendant argues that the assigned judge communicated with J.K.S. about a purported "prior" criminal offense of Defendant. (Doc. 77 p. 4.)

Pursuant to this Court's Local Rules, when filing a motion for reconsideration of an order, a party must show "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion" and "why the facts or circumstances were not shown at the time of the prior motion." Local Rule 430(i).

This Court has already rejected the same argument by Defendant made in his prior motion for recusal. (Doc. 68, p.3-4.) Defendant has not presented any new or different facts from which the Court should reconsider its prior ruling.

1

| | |
|---|---|
| 1 | As stated in this Court's prior order, Defendant's allegation of bias or prejudice based on purported communications between the undersigned and Judge James Singleton is entirely baseless and founded on nothing more than speculation. "'Rumor, speculation, beliefs, conclusions, innuendo, suspicion, opinion, and similar non-factual matters' do not form the basis of a successful recusal motion." <u>Sivak v. Hardison</u>, 658 F.3d 898, 926 (9th Cir. 2011) (citation omitted); <u>see</u> <u>also</u> <u>United States v. Greenough</u>, 782 F.2d 1556, 1558 (11th Cir. 1986) ("[A] judge, having been assigned to a case, should not recuse himself on unsupported, irrational, or highly tenuous speculation."). Defendant's allegation regarding communication between the undersigned and Judge Singleton is unfounded, untrue and unsupported by any facts. Instead, Defendant's claim is nothing but pure speculation or suspicion, and it therefore fails to establish a reasonable question as to the undersigned's impartiality or that any bias or prejudice exists. |

For the reasons stated, Defendant's motion for reconsideration (Doc. No. 77) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **September 11, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE