# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00034-DAD-BAM |
|---|---|
| Plaintiff, | **ORDER RE "MOTION FOR ADDITIONAL" AND REQUIRING RESPONSE BY THE GOVERNMENT** |
| v. | |
| CYRUS DENNIS BRASWELL, | (ECF No. 78) |
| Defendant. | |

Defendant Cyrus Dennis Braswell, proceeding pro se, is charged with three counts of mailing a threatening communication to J.K.S., a federal judge, in violation of 18 U.S.C § 876(c). A notice of appeal has been filed by Defendant, along with several motions and "notices" in this Court. Defendant filed a "Notice for Additional." (Doc. 78.) Defendant requests copies of Doc. No. 2, 3, and 5-8 from the Court's file. Defendant also requests a copy of the arrest warrant with affidavit or summons on a criminal complaint.

Defendant's request for copies of Doc. No. 2, 3, and 5-8 is GRANTED. The clerk of the Court shall mail copies of the documents to Defendant.

As to Defendant's request for a copy of the arrest warrant with affidavit or summons on a criminal complaint, the government shall file a response by September 17, indicating whether Defendant is entitled pursuant to Fed.R.Crim.P. 16 or *Brady* and its progeny to such evidence and/or whether Government will agree to the request.

IT IS SO ORDERED.

Dated: **September 11, 2018**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1