1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CYRUS DENNIS BRASWELL,

Defendant.

No. 1:18-cr-00034-DAD-BAM

ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION

(Doc. No. 79)

On May 3, 2018, the government filed a superseding indictment against defendant Braswell in this action, charging him with three counts of mailing threatening communications, in violation of 18 U.S.C. § 876(c). (Doc. No. 23.) Defendant Braswell is representing himself in this criminal prosecution with standby counsel. On July 20, 2018, while those charges were still pending against him, defendant Braswell nonetheless filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 58.) On August 29, 2018, the court denied that order without prejudice, explaining that the court could not modify a term of imprisonment that had not yet been imposed. (Doc. No. 72.) On September 10, 2018, defendant moved for reconsideration of that order. (Doc. No. 79.)

Defendant's motion for reconsideration is difficult to decipher. It appears that defendant is requesting that the court issue an order stating its intention to review his motion under § 3582(c) in the event such a motion is filed and becomes ripe for adjudication. (*See id.* at 3–4.)

1

Such an order would be improper. The court declines to issue a purely advisory ruling addressing future hypotheticals that may never arise. *See Nickert v. Puget Sound Tug & Barge Co.*, 480 F.2d 1039, 1041 (9th Cir. 1973).

     For these reasons, defendant's motion for reconsideration (Doc. No. 79) is denied.

IT IS SO ORDERED.

   Dated: __**September 26, 2018**__            _____

                                               UNITED STATES DISTRICT JUDGE