# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CYRUS DENNIS BRASWELL,<br><br>　　　　Defendant. | Case No. 1:18-CR-00034-DAD-BAM<br><br>**ORDER RE MOTION FOR RECONSIDERATION OF REQUEST TO TRANSFER**<br><br>(ECF No. 104) |

Defendant Cyrus Dennis Braswell, proceeding pro se, is charged with three counts of mailing a threatening communication to J.K.S., a federal judge, in violation of 18 U.S.C § 876(c). Pending before this court is Defendant's request to transfer to another institution pending trial in this case. (Doc. 104) Defendant has previously requested the Court to transfer him to another institution. (Doc. 39, 40, 43.) The Court denied Defendant's multiple requests to transfer. (Doc. 39, 48, 59.) On November 2, Defendant filed a request to the U.S. Marshals to be transferred to a different prison, which the Court construes as a motion for reconsideration of the prior denials to transfer. (Doc. 104.)

Pursuant to this Court's Local Rules, when filing a motion for reconsideration of an order, a party must show "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion" and "why the facts or circumstances were not shown at the time of the prior motion." Local Rule 430(i).

This Court has already rejected the same argument by Defendant made in his prior motions. (Doc. 39, 48, 59.) Defendant has not presented any new or different facts from which the Court should reconsider its prior rulings.

1

As stated in this Court's prior order, Defendant is charged with a crime in this District and will face trial in this District. Following arraignment, he was ordered detained pending trial. (Doc. 6.) Defendant is properly housed at the Fresno County Jail.

For the reasons stated, Defendant's motion for reconsideration to be transferred to a different institution (Doc. No. 104) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **November 9, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE