UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CYRUS DENNIS BRASWELL,<br><br>Defendant. | No. 1:18-cr-00034-DAD-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR TRANSCRIPTS<br><br>(Doc. No. 208) |

On May 20, 2019, defendant-appellant filed a notice of appeal from his Defendant-appellant Cyrus Dennis Braswell was convicted following a jury trial of all three counts of a Superseding Indictment charging him in each count with mailing threatening communications in violation of 18 U.S.C. § 876(c). (Doc. No. 171.) On May 20, 2019, the court sentenced defendant-appellant Braswell to three concurrent terms of 97 months in the custody of the U.S. Bureau of Prisons with that sentence to run consecutively to the federal prison sentence he was already serving. (Doc. Nos. 195, 196.) On that same date, defendant-appellant Braswell filed a notice of appeal from his judgment of conviction and that appeal was processed by the Ninth Circuit Court of Appeals. (Doc. No. 197, 198.)

Defendant-appellant Braswell thereafter filed a motion with this court seeking transcripts of the proceedings before this court at government expense. (Doc. No. 208.) However, on

1

November 21, 2019, the Ninth Circuit issued an order stating that:

> Briefing continues to be suspended pending further court order. Appellant's motion for production of transcripts at government expense (Docket Entry No. 20) is held in abeyance pending appellant's response to this order.

(Doc. No. 209 at 2.)

Accordingly, defendant-appellant's motion for production of trial transcripts at government expense (Doc. No. 208) is denied without prejudice in light of the pendency of his appeal and the fact that his motion for production of transcripts before the Ninth Circuit. Any further submission regarding the request for transcripts shall be directed to the appellate court.

IT IS SO ORDERED.

Dated: **February 3, 2020**

_____
UNITED STATES DISTRICT JUDGE